UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:91-CV-10482-RWZ

BRUCE ANDERSON

v.

MATTHEW DIVRIS, Superintendent of M.C.I.-Norfolk

ORDER

September 20, 2023

ZOBEL, S.D.J.

In response to the United States Court of Appeals for the First Circuit's order of September 18, 2023, this court confirms that both issues were certified for appeal, by way of this court's order on June 6, 2023 (Docket # 33): (1) "whether petitioner properly might pursue his ineffective assistance claims via motion under Federal Rule of Civil Procedure 60(b)"; and (2) "whether the ineffective assistance claims proffered by petitioner should be subject to the second or successive gatekeeping criteria set out at 28 U.S.C. § 2244(b)(2)." See Docket # 45.

9/20/23
DATE

RYA W. ZOBEL
SENIOR UNITED STATES DISTRICT JUDGE

1